CUBBAGE v. BD. OF TR. OF ENDOWMENT FUND OF N.C. STATE UNIV.

[367 N.C. 777 (2014)]

| | | |
|---|---|---|
| CUBBAGE, et al. | ) | |
| | ) | |
| | ) | |
| v. | ) | From Wake County |
| | ) | |
| | ) | |
| THE BOARD OF TRUSTEES OF THE | ) | |
| ENDOWMENT FUND OF NC STATE | ) | |
| UNIVERSITY, et al. | ) | |

No. 380A14

ORDER

The motion by Plaintiffs-Appellants to stay the closing of the sale of the subject property is denied.

The motion by Plaintiffs-Appellants for expedited consideration of the appeal is allowed. The case shall be calendared for oral argument on 17 November 2014.

By order of the Court, this 24th day of October, 2014.

s/Hunter, J.
For the Court